Bernard Q. Phelan
WSB 5-1385

The Phelan Law Firm
1811 Evans Avenue
Cheyenne, Wyoming 82001
307-634-8085
307-634-2344 (fax)
phelanlaw@wyoming.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING.

| | |
|---|---|
| MACEDONIO PEREZ GARCIA, JESUS FRANCISCO CERVANTES GARCIA, YOLANDA GARCIA , and JOSEPH ROOFING,<br><br>　　　Plaintiff,<br>　vs.<br><br>ERICH STEVEN TRUCKER,<br><br>Defendant. | Docket No. 23-cv-214-R<br><br>MOTION TO DISMISS |

Motion to Dismiss for Failure to State a Cause of Action

　　Comes now the defendant and moves the court, pursuant Rule 12 (b) (6)  fo an Order dismissing the complaint herein in the grounds that it fails to state a cause of action.

　　Dated March 4, 2024.

　　　　　　　　　　　　　　　　　　*Bernard Q. Phelan*
　　　　　　　　　　　　　　　S/_____
　　　　　　　　　　　　　　　Bernard Q. Phelan
　　　　　　　　　　　　　　　Attorney for the Defendant

## CERTIFICATE OF SERVICE

  I, Bernard Q. Phelan, certify that the foregoing Motion was served upon the following identified persons through the auspices of the ECF/CM system of the United States District Court for the District of Wyoming on the_4th_day of March,2024

  MR. BRADLEY L. BOOKE
  Mr. Robert Schuster
  Box 13160
  Jackson, WY 83001

*Bernard Q. Phelan*
S/_____

Bernard Q. Phelan