Bernard Q. Phelan
WSB 5-1385

The Phelan Law Firm
1811 Evans Avenue
Cheyenne, Wyoming 82001
307-634-8085
307-634-2344 (fax)
phelanlaw@wyoming.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING.

| | |
|---|---|
| MACEDONIO PEREZ GARCIA, JESUS FRANCISCO CERVANTES GARCIA, YOLANDA GARCIA , and JOSEPH ROOFING,<br><br>　　　　Plaintiff,<br>　vs.<br><br>ERICH STEVEN TRUCKER,<br><br>Defendant. | Docket No. 23-cv-214-R<br><br>MOTION TO STRIKE |

Motion to Strike Material from Complaint Pursuant to Rule 12 (f) FRCivP

　　Comes now the defendant and moves the court fpr an order striking the material contained in paragraphs 26, 27,28 and 29 which have no bearing on the allegations being made by the plaintiff in this matter and serve only to scandalize the defendant on the public record.

　　Dated this March 4th, 2024.

　　　　　　　　　　　　　　　　　　*Bernard Q. Phelan*
　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　Bernard Q. Phelan
　　　　　　　　　　　　　　　Attorney for the Defendant

## CERTIFICATE OF SERVICE

I, Bernard Q. Phelan, certify that the foregoing Motion was served upon the following identified persons through the auspices of the ECF/CM system of the United States District Court for the District of Wyoming on the _4th_ day of March, 2024

MR. BRADLEY L. BOOKE
Mr. Robert Schuster
Box 13160
Jackson, WY 83001

*Bernard Q. Phelan*
S/_____