Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| MASCEDONIO PEREZ GARCIA, JESUS FRANCISCO CERVANTES GARCIA, YOLANDA GARCIA GARCIA, and JOSEPH ROOFING LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 23-CV-214-R |
| v. | ) ) | |
| ERICH STEVEN TUCKER, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DOC. 3)**

Defendant Tucker moved to dismiss plaintiffs' complaint, citing Rule 12(b)(6) F.R.Civ.R. but nothing else and without any explanation.

The complaint details the elements of sixteen (16) claims for relief. Complaint, pgs. 8-18. It is uncertain which of those claims Mr. Tucker is addressing. To the extent the motion is directed at the claims for defamation, Mr. Tucker is directed to the following: *Spence v. Flynt,* 647 F.Supp.1266, 1273 (D.Wyo. 1986); *Dworkin v. L.F.P.*, 647 F.Supp. 1273, 1277-1278 (D.Wyo. 1986), Restatement Second Torts, § 558 (American Law Institute 1977); Restatement of the Law

3rd Torts, Defamation and Privacy, § 1 (Preliminary Draft No. 4, March 2024, American Law Institute).

The motion should be denied.

Dated:  March 18, 2024

By: /s/ Robert P. Schuster
Robert P. Schuster
Bradley L. Booke
Robert P. Schuster, P.C.
250 Veronica Lane, Suite 204
P.O. Box 13160
Jackson, Wyoming 83002
1.307.732.7800 (Telephone)
1.307.732.7801 (Facsimile)
bob@bobschuster.com
brad@bobschuster.com

*Attorneys for Mr. Perez, Mr. Cervantes Garcia, Ms. Garcia Garcia, and Joseph Roofing*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, a true and correct copy of the foregoing was served in the manner indicated below:

| | |
|---|---|
| Bernard Q. Phelan<br>The Phelan Law Firm<br>1811 Evans Avenue<br>Cheyenne, Wyoming 82001<br>phelanlaw@wyoming.com<br>*Attorney for Defendant* | [ ] First Class Mail<br>[ ] Hand Delivered<br>[ ] Facsimile<br>[ ] Overnight Mail<br>[ ] Email<br>[X] CM/ECF |

By: /s/ Robert P. Schuster
Robert P. Schuster