Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MASCEDONIO PEREZ GARCIA, JESUS FRANCISCO CERVANTES GARCIA, YOLANDA GARCIA GARCIA, and JOSEPH ROOFING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ERICH STEVEN TUCKER,<br><br>Defendant. | Civil No. 23-CV-214-R |

**MOTION TO ESTABLISH A NEW SCHEDULING ORDER**

Plaintiffs respectfully request that the Court enter a new Scheduling Order in this case. The Initial Pretrial Order was filed June 27, 2024. It was amended by the Court's Order filed February 7, 2025. Since that time, one of the plaintiffs, Jesus Francisco Cervantes Garcia, was deported to Mexico in consequence of President Trump's immigration policies. Since that time, inquiries have been made to determine the permanency of that deportation and it appears, as a practical matter, that the young man, a graduate of elementary, junior high, and high school in Jackson, will never be returning to the United States. As a consequence, the case is significantly altered and Jesus will be dismissed as a plaintiff.

As further grounds in support of the request, both parties have additional discovery to be completed.

If a new scheduling order is entered, it is believed the trial could be completed in 4-5 days.

Mr. Tucker objects to this Motion.

Dated:  August 26, 2025.

By:
Robert P. Schuster
Bradley L. Booke
Robert P. Schuster, P.C.
250 Veronica Lane, Suite 204
P.O. Box 13160
Jackson, Wyoming 83002
1.307.732.7800 (Telephone)
1.307.732.7801 (Facsimile)
bob@bobschuster.com
brad@bobschuster.com

*Attorneys for Mr. Perez, Mr. Cervantes Garcia, Ms. Garcia Garcia, and Joseph Roofing*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025 a true and correct copy of the foregoing was served in the manner indicated below:

| | |
|---|---|
| Bernard Q. Phelan | [ ] First Class Mail |
| The Phelan Law Firm | [ ] Overnight Mail |
| 1811 Evans Avenue | [x] Email |
| Cheyenne, Wyoming 82001 | [x] CM/ECF |
| Ph: 307.634.8085 | |
| phelanlaw@wyoming.com | |

*Attorneys for Defendant*

By: _____
Robert P. Schuster