

**FILED**

*11:23 am, 9/26/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

MASCEDONIO PEREZ GARCIA,
JESUS FRANCISCO CERVANTES
GARCIA, YOLANDA GARCIA
GARCIA, and JOSEPH ROOFING, LLC,

Plaintiffs,

vs.

ERICH STEVEN TUCKER,

Defendant.

Case No. 2:23-CV-00214-KHR

### ORDER GRANTING PLAINTIFFS' MOTION TO ESTABLISH A NEW SCHEDULING ORDER

This matter is before the Court on Plaintiffs' *Motion to Establish a New Scheduling Order* ("*Motion*"). ECF No. 22. Plaintiff is requesting the Court vacate all remaining dates in the *Amended Initial Pretrial Order* [ECF No. 19] and enter a new scheduling order. Plaintiffs indicated Defendant objected to their request in their *Motion*. *See* ECF No. 22 at 2. However, Defendant failed to file a written objection to Plaintiffs' *Motion* with the Court. The Court considers Defendants failure to file a written response as a confession of Plaintiffs' *Motion*. *See* U.S.D.C.L.R. 7.1(b)(1)(B).

Plaintiffs request a new scheduling order for two main reasons: (1) Plaintiff Jesus Francisco Cervantes Garcia was recently deported and needs to be dismissed and (2) both parties need to complete additional discovery. ECF No. 22 at 1–2. After reviewing the

*Motion* and being otherwise fully advised, the *Motion* is **GRANTED. IT IS HEREBY ORDERED:**

- All further dates and deadlines established in the *Amended Initial Pretrial Order* [ECF No. 19] are **VACATED**.

- A scheduling Conference is now set for **Wednesday, October 15, 2025, at 1:30 p.m.** Counsel for the parties shall appear by telephone through the Court's conference call system. **Guests Call: 307-735-3644, Access Code 557993669#**

- The Parties will prepare and file a new joint case management plan—including all dates and deadlines the Parties want the Court to consider—by **Friday, October 10, 2025**.

Dated this 26th day of September, 2025.

Scott P. Klosterman
United States Magistrate Judge