Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **MASCEDONIO PEREZ GARCIA,** ) | |
| ) | |
| **Plaintiff,** ) | Civil No. 23-CV-214-R |
| ) | |
| v. ) | |
| ) | |
| **ERICH STEVEN TUCKER,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO ACCEPT DELAYED FILING

Plaintiff respectfully requests that the Court permit the delayed filing of Plaintiff's Listing of Trial Witnesses. Defense counsel---Mr. Phelan---does not object. The circumstances are as follows:

- The Court's Second Amendment Initial Pretrial Order (filed October 16, 2025---Doc. 28) provided (at page 5): "The parties shall list all other witnesses that may be called at trial, other than the witnesses already identified in the initial disclosures and expert witnesses to be designated as set forth above, on or before **Wednesday, February 25, 2026**."

- Plaintiff's counsel (Mr. Schuster) completed Plaintiff's Listing of Trial Witnesses at approximately 5:15 p.m. on February 25, 2026.

    o By approximately 5:24 p.m., Mr. Schuster attempted to email the Listing to Mr. Phelan at his email address. It bounced back with a notification that the "recipient's mailbox is full and can't accept messages now. Please try resending the message later, or contact the recipient directly." A second email attempt was made at 9:38 p.m. with identical results.

    o Mr. Schuster attempted to call Mr. Phelan at his work number at 5:30 p.m. It went to voicemail and the call was not returned.

    o An effort was made to file the Listing on Pacer that evening. The legal assistant making that effort was unable to file it herself and was informed that an email would be sent to Mr. Schuster to obtain new login information. The email was never received and, accordingly, that effort was unsuccessful.

    o Mr. Schuster attempted to contact Mr. Booke to obtain his assistance but that contact was not made until Thursday morning, February 26, 2026. Mr. Booke filed the Listing at 7:37 a.m.

    o Mr. Schuster and Mr. Phelan finally were able to talk at 9:50 a.m. at which time the above circumstances were explained. Mr. Phelan agreed to the delayed filing---understanding that the ultimate decision rests with the Court.

Plaintiff respectfully requests that the Court permit the delayed filing. Reasonable efforts----albeit vain---were made to comply, both with the Pacer filing and the service on defense counsel. A proposed order accompanies this filing.

Dated:  February 26, 2026.

By: _____
Robert P. Schuster
Bradley L. Booke
Robert P. Schuster, P.C.
250 Veronica Lane, Suite 204
P.O. Box 13160
Jackson, Wyoming 83002
1.307.732.7800 (Telephone)
1.307.732.7801 (Facsimile)
bob@bobschuster.com
brad@bobschuster.com

*Attorneys for Mr. Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026 a true and correct copy of the foregoing was served in the manner indicated below:

| | |
|---|---|
| Bernard Q. Phelan<br>The Phelan Law Firm<br>1811 Evans Avenue<br>Cheyenne, Wyoming 82001<br>Ph: 307.634.8085<br>phelanlaw@wyoming.com | [ ] First Class Mail<br>[ ] Overnight Mail<br>[x] Email<br>[x] CM/ECF |

*Attorneys for Defendant*

By: _____
Robert P. Schuster