

**FILED**

*12:54 pm, 3/10/26*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

MASCEDONIO PEREZ GARCIA,

Plaintiff,

vs.

Case No.   23-CV-214-KHR

ERICH STEVEN TUCKER,

Defendant.

## ORDER GRANTING MOTION TO ACCEPT DELAYED FILING

**THIS MATTER** is before the Court on Plaintiff Mascedonio Perez Garcia's *Motion to Accept Delayed Filing* ("*Motion*"). ECF No. 32. Plaintiff requests the Court accept his *Listing of Trial Witnesses* that was filed one day after the deadline. *See* ECF No. 31. Plaintiff indicates that he finished his disclosure on the date of his deadline, but that an inability to reach opposing counsel and issues with PACER kept him from filing it. ECF No. 32 at 2. Defendant does not oppose Plaintiff's *Motion*. *Id*.

Based upon the preceding the Court finds there is good cause and excusable neglect to **GRANT** Plaintiff's *Motion*. *See* FED. R. CIV. P. 6(b)(1)(B).

Dated this 10th day of March, 2026.

Scott P. Klosterman
United States Magistrate Judge

1