Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **MASCEDONIO PEREZ GARCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 23-CV-214-R** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ERICH STEVEN TUCKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION TO PERMIT PLAINTIFF'S COUNSEL TO APPEAR REMOTELY FOR THE APRIL 20, 2026 HEARING

The Court has scheduled an in-person hearing on defendant's Motion for Summary Judgment for April 20, 2026, commencing at 2:00 p.m. (Doc. 28 at p. 6). Plaintiff's counsel respectfully requests that the Court permit him to appear remotely. Were he to attend in person, it would require---given the distance between Jackson and Cheyenne--- driving to Cheyenne on Sunday, attending the hearing on Monday, and then returning to Jackson on Tuesday (to avoid evening Interstate traffic on I-80 and deer between Rock Springs and Jackson on Monday evening).

Mr. Phelan desires to appear in person but has no objection to Mr. Schuster appearing remotely.

Dated: April 16, 2026.

By: _____
    Robert P. Schuster
    Bradley L. Booke
    Robert P. Schuster, P.C.
    205 North Jackson Street
    P.O. Box 13160
    Jackson, Wyoming 83002
    1.307.732.7800 (Telephone)
    1.307.732.7801 (Facsimile)
    bob@bobschuster.com
    brad@bobschuster.com

    *Attorneys for Mr. Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, a true and correct copy of the foregoing was served in the manner indicated below:

Bernard Q. Phelan
The Phelan Law Firm
1811 Evans Avenue
Cheyenne, Wyoming 82001
Ph: 307.634.8085
phelanlaw@wyoming.com

[ ] First Class Mail
[ ] Overnight Mail
[x] Email
[x] CM/ECF

*Attorney for Defendant*

By: _____
    Robert P. Schuster

*Plaintiff's Motion to Permit Plaintiff's Counsel to Appear Remotely at the April 20, 2026 Hearing*
*Page 2 of 2*