Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **MASCEDONIO PEREZ GARCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 23-CV-214-R** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ERICH STEVEN TUCKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTFF'S COUNSEL'S REQUEST TO ATTEND THE PRETRIAL CONFERENCE
REMOTELY**

The pretrial conference is scheduled for May 19, 2026, commencing at 2:00 p.m. Mr. Schuster requests that he be permitted to attend remotely. In making this request, he is aware of the fact that normally, almost always, personal attendance is required---and for good reason. This request is submitted for the following reasons:

- Due to the distance between Jackson and Cheyenne personal attendance would necessitate at least two days, and more reasonably, three days.

- Counsel's schedule is challenging---preparing for this trial, preparing for a birth injury case to be tried in lander, responding to a summary judgment motion in an oilfield explosion case in North Dakota, and other case requirements.

- It is believed that this pretrial conference will be pretty straightforward, in part because the issues were well addressed at the summary judgment hearing.

- Mr. Schuster has conferred with Mr. Phelan and he has no objection to the request.

Plaintiff respectfully requests that remote attendance be permitted.

Dated: May 8, 2026.

By: _____

    Robert P. Schuster
    Bradley L. Booke
    Robert P. Schuster, P.C.
    205 North Jackson Street
    P.O. Box 13160
    Jackson, Wyoming 83002
    1.307.732.7800 (Telephone)
    1.307.732.7801 (Facsimile)
    bob@bobschuster.com
    brad@bobschuster.com

    *Attorneys for Mr. Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a true and correct copy of the foregoing was served in the manner indicated below:

Bernard Q. Phelan             [ ] First Class Mail
The Phelan Law Firm          [ ] Overnight Mail
1811 Evans Avenue           [x] Email
Cheyenne, Wyoming 82001     [x] CM/ECF
Ph: 307.634.8085
phelanlaw@wyoming.com

*Attorney for Defendant*

By: _____
    Robert P. Schuster