Robert P. Schuster
Wyoming Bar No. 4-1137
Bradley L. Booke
Wyoming Bar No. 5-1676
ROBERT P. SCHUSTER, P.C.
P.O. Box 13160
Jackson, Wyoming 83002
Telephone: 1.307.732.7800
bob@bobschuster.com
brad@bobschuster.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **MASCEDONIO PEREZ GARCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil No. 23-CV-214-R** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ERICH STEVEN TUCKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION REGARDING THE MOTION IN LIMINE

During the pretrial conference held on May 19, 2026, plaintiff's counsel requested the opportunity to file a motion in limine directed to defendant's Exhibit A---the listing of alleged payments made by MD Roofing. The Court authorized the filing, allowing the motion to be filed on May 29, 2026 with the response due June 5, 2026. Plaintiff's counsel requests earlier dates so that the issues can be decided sooner, specifically allowing the motion to be filed May 21 and the response to be submitted by May 28. Mr. Phelan has been consulted, and he has no objection to those deadlines.

Dated: May 20, 2026

By: _____

Robert P. Schuster
Bradley L. Booke
Robert P. Schuster, P.C.
205 North Jackson Street
P.O. Box 13160
Jackson, Wyoming 83002
1.307.732.7800 (Telephone)
1.307.732.7801 (Facsimile)
bob@bobschuster.com
brad@bobschuster.com

*Attorneys for Mr. Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a true and correct copy of the foregoing was served

in the manner indicated below:

Bernard Q. Phelan                      [ ] First Class Mail
The Phelan Law Firm                    [ ] Overnight Mail
1811 Evans Avenue                      [x] Email
Cheyenne, Wyoming 82001                [x] CM/ECF
Ph: 307.634.8085
phelanlaw@wyoming.com

*Attorney for Defendant*

By: _____
        Robert P. Schuster